## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:16CR255 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DIAMOND ANDERSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Diamond Anderson (Anderson) (Filing No. 18).  Anderson seeks until November 7, 2016, in which to file pretrial motions in accordance with the progression order.  Anderson has filed an affidavit wherein she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 19).  Anderson's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted

**IT IS ORDERED:**

Defendant Anderson's motion for an extension of time (Filing No. 18) is granted.  Anderson is given until **on or before November 7, 2016,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., **the time between October 7, 2016, and November 7, 2016**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of October, 2016.

BY THE COURT:

s/ Thomas D. Thalken

United States Magistrate Judge